IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FIRYAL THABATAH,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**DENIS RICHARD MCDONOUGH, SECRETARY, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,**<br><br>    **Defendant.** | CIVIL ACTION<br><br>NO. 2:23-CV-01043-NJB-DPC<br><br>Section: G/2 |

**JOINT STATUS REPORT**

  **NOW INTO COURT**, through undersigned counsel, come Plaintiff Firyal Thabatah and Defendant United States Department of Veterans Affairs and jointly submit this Status Report as required in the Court's Scheduling Order dated August 9, 2023 (Doc. 25).

1. **A Brief Description of the Basis for Jurisdiction:**

  This Court has jurisdiction of this case under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq*. and pursuant to 28 U.S. Code § 1331. Jurisdiction is proper because Plaintiff has exhausted her administrative remedies.

2. **A Listing of any Discovery Done:**

  The parties have exchanged initial disclosures. At this time no written discovery has been exchanged, and no depositions have been taken. The Parties do have extensive discovery from the administrative portion of this action.

3. **A Listing of any Specialized Discovery that may be Involved in this Matter:**

  None.

1

4. **Whether or not this Matter Should be Fast-Tracked for Settlement:**

The parties have discussed settlement but have not been able to come to an agreement. Once written discovery is exchanged, and depositions have been taken, the parties will revisit settlement discussions and will continue working together to see if this matter can be settled.

Respectfully Submitted,

| | |
|---|---|
| DUANE A. EVANS<br>UNITED STATES ATTORNEY<br>*/s/ Robert H. Adams*<br>Robert H. Adams, Esq.<br>Assistant United States Attorney<br>LA Bar Roll No. 40166<br>650 Poydras Street, Suite 1600<br>New Orleans, Louisiana 70130<br>Telephone: (504) 680-3004<br>Facsimile: (504) 680-3174<br>Robert.Adams9@usdoj.gov<br><br>**ATTORNEYS FOR UNITED STATES DEPARTMENT OF VETERANS AFFAIRS** | */s/ John H. Musser, V*<br>John H. Musser, V (LA Bar #22545)<br>Brittney I. Esie 701(#39174)<br>Tarryn Elizabeth Walsh (#36072)<br>Poydras Street, Suite 400<br>New Orleans, LA 70139<br>(504) 523-0400<br>(504) 523-5574 (facsimile)<br>jmusser@mrsnola.com<br>twalsh@mrsnola.com<br>besie@mrsnola.com<br><br>*/s/ Kellee Boulais Kruse*<br>R. Scott Oswald (DC Bar # 458859)<br>Kellee Boulais Kruse (DC Bar # 994450)<br>The Employment Law Group, P.C.<br>1717 K Street, N.W., Suite 1110<br>Washington, D.C. 20006<br>(202) 261-2838<br>Facsimile: (202) 261-2835<br>soswald@employmentlawgroup.com<br>kkruse@employmentlawgroup.com<br><br>**ATTORNEYS FOR FIRYAL THABATAH** |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 22, 2023, a true and correct copy of the foregoing was served via ECF upon:

Duane A. Evans, Esq.
United States Attorney
Robert H. Adams, Esq.
Assistant United States Attorney
LA Bar Roll No. 40166
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3004
Facsimile: (504) 680-3174
Robert.Adams9@usdoj.gov

                                            */s /R. Scott Oswald*
                                            R. Scott Oswald