·····················································

| | | |
|---|---|---|
| FIRYAL THABATAH | ) | CIVIL ACTION NO. 23-1043 |
| **PLAINTIFF** | ) | NJB-DPC |
| vs. | ) | SECTION G/2 |
| | ) | |
| DENIS R. MCDONOUGH, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| VETERAN AFFAIRS, | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

··············································

# PRE-TRIAL ORDER

Pursuant to the Court's Scheduling Order issued August 9, 2023 (R. Doc. 25) and Rule 16 of the Federal Rules of Civil Procedure, the Court orders as follows:

**1.      Pre-trial conference**

The pretrial conference is scheduled for August 1, 2023.

**2.      <u>Counsel:</u>**

a. Plaintiff

Ronald K. Lospennato, LA Bar No. 32191
Attorney at Law
650 Poydras St., Suite 1400
New Orleans, LA 70118-2043
504-407-7454
ron@lospennatolaw.com

b. Defendants

Robert H. Adams
Assistant United States Attorney
LA Bar Roll No. 40166
650 Poydras Street, 16th Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3004
Fax: (504) 680-3174
Email: Robert.Adams9@usdoj.gov

**3.      <u>Parties</u>:**

a.      Plaintiff, Firyal Ms. Thabatah, brings this action under  Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq*. She contends that she is entitled to monetary damages because the United States Department of Veterans Affairs (hereinafter, " the VA"), through its management and supervisory staff at the VA's Southeast Louisiana Veterans

Healthcare System subjected her to discrimination and a hostile work because of her race, religion, and national origin.

b.    The Defendant is Denis Richard McDonough, Secretary, United States Department of Veteran Affairs (the "Agency").

**4.    <u>Jurisdiction</u>:**

This Court has jurisdiction of this case under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq*. and pursuant to 28 U.S. Code § 1331. Plaintiff alleges jurisdiction is proper because Plaintiff has exhausted her administrative remedies which the Agency contests regarding certain claims.

**5.    Pending or Contemplated Motions:**

The Agency's Motion for Summary Judgment (R. Doc. 32) is pending. Plaintiff will file a motion to permit three (3) proposed witnesses that were not disclosed on previous witness lists filed by Plaintiff's prior attorneys. The Agency will file a motion *in limine* regarding the exclusion of witnesses and exhibits.

**6.    <u>Brief Joint Summary of Material Facts</u>:**

Ms. Thabatah is a Muslim, Middle Eastern, Palestinian female who is employed at the Southeast Louisiana Veterans Health Care System. At all relevant times she was employed in the Emergency Department as a nurse. Ms. Thabatah's direct supervisor was Emergency Department (ED) Nursing Manager David Ronnenburg, and her second-level supervisor was Associate Nurse Executive Nicele Shine. Ronnenburg is a white male; and Shine is an Africa American female.

Ms. Thabatah has alleged she was subjected to discrimination and exposed to a hostile work environment and retaliation based upon eighteen (18) events, all of which the Agency denies. Only events thirteen (13) through eighteen (18) occurred after Ms. Thabatah began her EEO process.

On or around March 11, 2021, while she was stationed in triage in the Emergency Department, a patient used racist slurs against her. A VA police report provides a description of this event. Plaintiff claims that this event was but one of a series of actions where management not only failed to assist and protect Ms. Thabatah, but also minimized and ignored the

seriousness of derogatory statements made about her because she is a Muslim and Mid-Eastern.

The Agency denies these claims.

On March 14, Ms. Thabatah requested a meeting to discuss the March 11 incident. On March 18, 2021, Ms. Thabatah  met with Mr. Ronnenburg, Ms. Clavo, Dr. Shine and Dr. Bender. During this meeting Ms. Thabatah became upset and left the room crying. Mr. Ronnenburg made a "pity party" comment to the other participants in the room which Ms. Thabatah overheard. The Agencyfound that Ms. Thabatah's complaint regarding the pity party statement to be substantiated. As a result of this finding, the Agency ordered Mr. Ronnenburg to undergo sensitivity training.

Ms. Thabatah reported to her supervisors that two (2) coworkers made insensitive comments directed at her in March of 2021 related to her being a muslim. . Ms. Thabatah did not disclose the name of these coworkers until her EEO process. The Agency undertook an investigation into the comments.

Ms. Thabatah reported during her EEO process in December 2021 that an unnamed VA Police Officer made insensitive comments towards her in June 2021related to her being a Muslim. . Other than in the EEO process, Ms. Thabatah did not separately report the June 2021 comments to the Agency. Ms. Thabatah has stated that the reason that she did not report the names of these individuals was that she feared that it would engender animosity towards her and that she would be retaliated against.

Ms. Thabatah applied for a position at the Agency as a Registered Nurse Pre Access Admission Reviewer. Ms. Thabatah was not interviewed for the position in the fall of 2021. Ms. Thabatah was also not selected for the position in the fall of 2021.

Following Hurricane Ida the Agency created authorized absence leave. This leave allowed Agency employees to stay home until it was safe to return to work. On September 6, 7, 10 and 11, 2021, NS disapproved complainant's request for authorized absence paid leave during Hurricane Ida.

The authorized absence leave was in lieu of paid time off or sick leave during that time period. Ms. Thabatah was granted twelve (12) hours of authorized absence following Hurricane Ida. Ms. Thabatah returned to work on September 1, 2021. Ms. Thabatah was granted FMLA leave on September 6, 7 and 10, 2021.

**7.** <u>**Listing of All Uncontested Material Facts:**</u>

a.    Ms. Thabatah was employed with the Agency as a nurse in the emergency department at the Southeast Louisiana Veteran's Health Care System, but she now works in that same facility in the "flow" department.

b.    Ms. Thabatah is a 46-year-old Muslim, Middle Eastern, Palestinian, female.

c.    Ms. Thabatah also covers her head in accordance with her religious practices.

d.    In or about September 2017, the U.S. Department of Veterans Affairs, New Orleans VA Medical Center hired Ms. Thabatah to serve as a Registered Nurse at the Southeast Louisiana Veterans Health Care System's Emergency Department.

e.    Ms. Thabatah's direct supervisor was Emergency Department Nursing Manager David Ronnenburg, and her second-level supervisor was Associate Nurse Executive Nicele Shine. Trechell Clavo was Ms. Thabatah's Assistant Nurse Manager.

f.    The Responsible Management Officials that Ms. Thabatah believes are responsible for the alleged harassment and conduct at issue are: (i) David Ronnenburg, (ii) Dr. Nicele Shine and (iii) Dr. Edwina Whitney-Jones.

g.    David Ronnenburg is a white male.

h.    Dr. Nicele Shine is an African American female. She supervises David Ronnenburg.

i.    Dr. Edwina Whitney-Jones is an African American female. She is a Department Manager. Her title is RN Manager of UM/Continued Stay RNs. Dr. Whitney-Jones does not supervise David Ronnenburg and he does not supervise her.

j.    Ms. Thabatah's initial contact with an EEO counselor was on December 6, 2021, her initial interview was on December 10, 2021, and she has filed no other EEO claims or complaints.

k.    Ms. Thabatah filed two (2) motions to amend her claims, both of which were accepted. As a result, the following claim was accepted for investigation: Whether complainant was subjected to a hostile work environment (including events of a sexual nature) based on religion (Muslim), race (Middle Eastern), national origin (Palestinian), sex (female), and reprisal (instant complaint) as evidenced by the following events:

- Event 1-In 2020, complainant became aware that David Ronnenburg, Registered Nurse Manager, made the statement, "Shine is going to fire Firyal because she hasn't returned to work."

- Event 2-On March 11, 2021, Ronnenburg failed to assist complainant with an agitated patient when she requested and dismissed her concerns when she addressed his refusal to help; he also stated, "Firyal was never in any danger and the patient was an old frail man and Firyal was never in harm's way."

- Event 3-On March 12-13, 2021, and June 4, 2021, management failed to take appropriate corrective action when complainant reported two of her coworkers and a Police Officer made harassing jokes about complainant possessing and/or making bombs.

- Event 4-Since March 14, 2021, Nicele Shine (NS) Registered Nurse Manager, Dr. Edwina Whitney-Jones (EWJ), Utilization Management Department Manager, and Ronnenburg blocked complainant's attempts to leave the Emergency Department (ED).

- Event 5-On March 18, 2021, David Ronnenburg responded, "I don't care about your pity party" when complainant reported a patient threatened to kill her due to her race/national origin/religion and coworkers joked about her due to her race/national origin/religion.

- Event 6-On June 1, 2021, management intentionally investigated complainant's harassment concerns in a way which embarrassed, humiliated, and alienated her in the presence of her coworkers.

- Event 7-On July 14, 2021, management failed to select complainant for the position of Pre-Screener and the position was relisted after complainant was interviewed.

- Event 8-In September 2021, EWJ failed to interview complainant for the Pre-Screener position although she was notified that she was eligible and would be contacted for an interview.

- Event 9-On unspecified dates, complainant overheard Ronnenburg sexually harass two female nurses by commenting, "You would have sex with me, right?" and then to another nurse, "Well, if I give it to you what are you going to do for me" in reference to approving a leave request.

- Event 10-On November 5, 2021, management failed to select complainant for Registered Nurse Pre Access Admission Reviewer, CBST-11212612-21-KMB.

- Event 11-On unspecified dates, Ronnenburg did not approve complainant's request for schedule changes as his favored nurses, who are mostly white nurses and males.

- Event 12-On September 6, 7, 10 and 11, 2021, NS disapproved complainant's request for authorized absence paid leave during Hurricane Ida.

- Event 13-On January 14, 2022, Ronnenburg Disapproved complainant's request for leave for February 25 and 26, 2022, but approved the white nurses and male nurses to take leave that day.

- Event 14-On January 17, 2022, Ronnenburg disapproved complainant's request to work holiday hours and approved two white male nurses to work that day.

- Event 15-On August 12, 2022, complainant received an email from Nicele Shine stating that complainant is perceiving the review of restraint documentation as a targeted, personal, malicious attack, when complainant raised concerns about being the only nurse singled out for incomplete patient documentation although another white female RN also cared for the same patient. Additionally, Ms. Thabatah raised concerns that Ronnenburg failed to assist her when she requested help with the patient documentation.

- Event 16-On November 9, 2022, Nicele Shine blocked complainant from completing a required training and sent an email to complainant accusing her of choosing not to verbally communicate with complainant's management team to complete that required training.

- Event 17-On December 13, 2022, Charge RN Kyle Kruse commented to staff present that he was "sick of working with these lazy nurses" and that he had "only one more week left to work with her" referring to complainant.

- Event 18-On December 01, 2022, and on December 05, 2022, David Ronnenburg denied complainant's VATAS annual leave request for the months of March and April 2023, for fasting for religious purposes during the month of Ramadan.

l.      Only Events 13-18 occurred after December 6, 2021.

m.      Mr. Ronnenburg first learned of Ms. Thabatah's EEO activity on 12/20/2021 via email. Nicele Shine learned of the EEO complaint in 2021.

n.      On March 11, 2021, Ms. Thabatah encountered an agitated patient in a wheelchair. This patient used racist slurs against Ms. Thabatah and later against a VA police officer, Belton Brister.

o.

p.      RN Monique Myles, RN Zane Kirby, RN Dantin, and housekeeper Denise Allen observed the incident with the patient.

q.      Plaintiff has received some training to handle agitated patients.

r.      On March 18, 2021, Ms. Thabatah met with Ronnenburg, Shine, Clavo, and Ms. Thabatah's union president, Dr. Yolan Bender, to discuss the March 11 incident and her request a temporary reassignment outside of the Emergency Department.

s.      Ms. Thabatah became emotional during the March 18 meeting and left the room for a few minutes to collect herself.

t. Upon Ms. Thabatah's return, she overheard Ronnenburg's "pity party" comment.

Case 2:23-cv-01043-NJB-DPC    Document 40    Filed 07/25/24    Page 7 of 34

r.

u.    Bender and Clavo stated at the March 18 meeting that Ronnenburg's "pity party" comment was inappropriate. Ronnenburg was ordered by the Agency to undergo sensitivity training.

v.    In June 2021, the Agency undertook an investigation into Ms. Thabatah's allegations she made in March regarding inappropriate comments that suggested she is making bombs or posing a threat.

w.    The Agency interviewed employees in the emergency department but did not substantiate Ms. Thabatah's allegations.

x.    Ms. Thabatah did not inform her supervisors about Officer Brister's alleged comments but raised them for the first time when she filed her EEO complaint.

y.    In September 2021, Management did not interview complainant for the Pre-Screener position.

z.    On November 5, 2021, management did not select complainant for Registered Nurse Pre Access Admission Reviewer, CBST-11212612-21-KMB.

aa.    Dr. Whitney-Jones selected the candidates to be interviewed for the Registered Nurse Pre Access Admission Reviewer position.

bb.    David Ronnenburg was involved in the final round interviews for the Registered Nurse Pre Access Admission Reviewer position.

cc.

dd.    On September 6, 7, 10 and 11, 2021, Nicele Shine disapproved complainant's request for authorized absence paid leave during Hurricane Ida.

ee.    Authorized absence was a special type of leave created by the Agency in the aftermath of Hurricane Ida for employees to use in lieu of paid time off or sick leave until it was safe for them to return to work. Once employees returned to work, however, any future leave would be handled through normal leave types such as PTO, sick leave or FMLA.

ff.    Ms. Thabatah was granted twelve (12) hours of authorized absence following Hurricane Ida.

gg.    Ms. Thabatah returned to work on September 1, 2021, following Hurricane Ida.

hh.    Ms. Thabatah was granted FMLA leave for September 6, 7 and 10, 2021.

ii.

jj.

kk.    Ms. Thabatah requested January 17, 2022, off.

ll.    Ms. Thabatah was allowed to work (i) New Years Eve; (ii) Thanksgiving; (iii) Veterans Day and (iv) Indigenous People's Day leading up to not working Martin Luther King Day on January 17, 2022.

mm.    On or about January 18, 2022, Ms. Thabatah filed a formal EEO complaint; Case No. 2003-629-2022-143081.

nn.    On January 18, 2022, when filing her EEO complaint, Plaintiff reported that three individuals, Frank Jones, a VA Nurse, and a VA police officer, made the comments in March and June 2021 about her possessing and/or making bombs.

oo.    In May 2022, in her affidavit completed as part of the EEO investigation, Plaintiff reported that Officer Brister was the name of the VA police officer who made the comments in June 2021 about possessing and/or making bombs.

**8.    Listing of Contested Material Facts:**

a.    Ms. Thabatah's race, religion, and national origin are apparent in her appearance.

b.    Ms. Thabatah was the only member of the Emergency Department who could be seen regularly praying during her shift.

c.    On or around March 11, 2021, while Ms. Thabatah was stationed in triage in the Emergency Department, a patient went on a vicious Islamophobic tirade.

d.    During the March 11 incident, the patient threatened to kill Ms. Thabatah when he stated that "I am not fucking cooperating with you, you fucking Muslim, you are a Muslim rat, a fucking Muslim cockroach. I ought to blow your ass up and kill you."

e.    That patient became increasingly agitated while Ms. Thabatah attempted to take his vitals and he refused to allow Ms. Thabatah to treat him, while continuing to threaten her life.

f.    Ms. Thabatah has seen Ronnenburg personally wheel patients to acute care in the past, and Ms. Thabatah was expecting Ronnenburg to step in to assist with this situation.

patient. Dantin was unable to assist Ms. Thabatah because Dantin had another patient in his

triage room. About 15 minutes later, Lindsey Millet arrived at the triage room to escort the

patient to acute care.

h.    While in acute care, the threatening patient was sedated with B-52, a last resort

sedation cocktail reserved for patients who are violently agitated. The patient was physically

subdued by Veterans Affairs police for the safety of the nursing staff. The patient was also put

under an involuntary admission (PEC) because he was deemed dangerous. Providers give

agitated and combative patients B-52 shots only if they are a danger to staff or themselves.

i.    Ms. Thabatah reported the incident with the threatening patient to Trechell Clavo

and Ms. Thabatah submitted an incident report to her management and to the Veterans Affairs

Police.

j.    Ms. Thabatah later verbalized to Ronnenburg that she was upset that he did not

assist her when she came to him for help with the threatening patient. In response, Ronnenburg

dismissed her from his office.

k.    Ronnenburg claims that Ms. Thabatah was never in any danger and the patient

was an old frail man.

l.    While the agitated patient never got out of his wheelchair while in the presence of

Ms. Thabatah, he may have had the capacity to do so.

m.    On or around March 13, 2021, another nurse jokingly asked if the VA should pat

Ms. Thabatah down for bombs when she arrives at work.

n.    On or around March 14, 2021, coworker Frank Jones walked in on Ms. Thabatah

praying. Jones apologized in the moment, but later jokingly asked Ms. Thabatah if she was

making bombs rather than praying. Ms. Thabatah was stunned upon hearing these jokes as the

idea that Muslim and/or Middle Eastern people possess or make bombs is a harmful stereotype.

o.    On or around March 14, 2021, Ms. Thabatah emailed Ronnenburg, Shine, and

Clavo asking for a temporary reassignment because of the discrimination she faced in the

Emergency Department and because she no longer felt safe working in this environment. She

also asked for a meeting to discuss this request.

Ms. Thabatah's request for temporary reassignment.

q.      In her request for a meeting, Ms. Thabatah stated that on multiple occasions while working the ED she had endured being ridiculed and mistreated as a result of her ethnicity and religious beliefs.

r.      Ms. Thabatah had been hesitant to tell Shine about the jokes her coworkers made out of fear of retaliation. However, Ms. Thabatah felt that she needed to disclose these jokes to Shine to help her understand the severity of the situation.

s.      At Ms. Thabatah's March 18, 2021, meeting, Ms. Thabatah disclosed the jokes that her coworkers made about her, but Ms. Thabatah did not identify those coworkers out of fear of retaliation.

t.      At Ms. Thabatah's March 18, 2021 meeting with Ronnenburg, Shine, Clavo, and Dr. Yolan Bender, Ms. Thabatah's union president, to discuss her request a temporary reassignment outside of the Emergency Department, Mr. Ronnenburg and Ms. Shine minimized the concerns she had about working in the Emergency Department and the discrimination she experienced based on her race, national origin, and religion.

u.      During the meeting Ms. Thabatah's concerns were minimized by Ronnenburg.

v.      After Ms. Thabatah had briefly left the room, Mr. Ronnenburg stated to the other participants that Ms. Thabatah's request for a meeting to address her transfer and the March 11 incident was a "pity party."

w.      Mr. Ronnenburg's "pity party" comment was referring to the fact that Ms. Thabatah was upset that Ronnenburg had refused to assist her and that she was requesting a transfer.

x.      Mr. Ronnenburg's "pity party" comment was referring to the fact that Ms. Thabatah kept crying and leaving the meeting.

y.      Ms. Thabatah, who was on her way back into the meeting room, heard Mr. Ronnenburg's "pity party" statement and found it extremely upsetting. When Ms. Thabatah told Ronnenburg that she had overheard his remark, he responded to her by saying, "Good!"

z.      Dr. Bender told Ronnenburg that his "pity party" comment was out of line. Shine responded by telling Dr. Bender not to criticize Ronnenburg.

aa.     Ms. Thabatah asked that Ronnenburg be dismissed from the meeting, and eventually Shine agreed.

bb.     Following the request that he leave, Mr. Ronnenburg stormed out of the meeting.

cc.     During the course of the March 18 meeting, Mr. Ronnenburg and Ms. Shine subjected to a hostile work environment based on her religion (Muslim), her race (Middle Eastern), and national origin (Palestinian). Their actions also were in reprisal of her complaints about the treatment she received on March 11, 2021, and her allegations about the discriminatory statements made by other ED employees.

dd.     On or around March 22, 2021, Shine agreed to temporarily reassign Ms. Thabatah to the pre-op/post-op department on a 60-day detail.

ee.     In May 2021, as Ms. Thabatah's 60-day detail was ending, Ms. Thabatah emailed Associate Director of Patient Care, Ruth Davis asking to be permanently reassigned to the pre/op-post/op department.

ff.     In the May 2021 email, Ms. Thabatah stated that she did not feel comfortable working in the Emergency Department because the discriminatory comments made by Emergency Department employees to Ms. Thabatah had created a hostile environment. Dr. Davis forwarded Ms. Thabatah's email to the Equal Employment Opportunity office.

gg.     On or around May 20, 2021, Ms. Thabatah met with Chief of Diversity and Inclusion Lisa Cole. Ms. Thabatah disclosed the jokes that her coworkers made about her, but Ms. Thabatah did not identify those coworkers out of fear of retaliation. Ms. Thabatah also disclosed Ronnenburg's "pity party" comment to Cole.

hh.     On or around May 26, 2021, Ms. Thabatah returned to the Emergency Department, because Shine had refused to permanently reassign her.

ii.     The refusal by Mr. Ronnenburg and Ms. Shine to permanently reassigned to the pre/op-post/op department was based on her religion (Muslim), her race (Middle Eastern), and national origin (Palestinian). Their refusal to reassign her was also in reprisal of her complaints

about the treatment she received on March 11, 2021, and her allegations about the discriminatory statements made by other ED employees.

jj.    On or around June 1, 2021, as Ms. Thabatah's temporary reassignment was about to end, Monique Turner began investigating Ms. Thabatah's complaints. Turner asked some of Ms. Thabatah's coworkers questions such as, "did you ever tell a nurse you should pat her down to make sure she didn't have bombs on her?" and, "did you ever walk in on a nurse praying and ask her if she was making bombs?"

kk.    Because Ms. Thabatah would not identify the employees who purportedly made the comments, Ms. Thabatah stymied the Agency's ability to investigate the alleged comments.

ll.    Ms. Thabatah's coworkers began reaching out to her about the investigation, as it was obvious that Ms. Thabatah, a Muslim, and the only person who visibly prays at work, made the complaint that was being investigated.

mm.    Ms. Thabatah complained to Clavo about how the investigation into her concerns was being mishandled by management in a way that humiliated Ms. Thabatah and made her feel even more alienated from the rest of the Emergency Department.

nn.    Ms. Thabatah's complaints should have been investigated while she was on her first detail outside of the Emergency Department.

oo.    The investigation into Ms. Thabatah's concerns was intentionally conducted in a way to embarrass Ms. Thabatah in retaliation for her complaints of discrimination.

pp.    Ms. Thabatah never learned the results of the investigation into her concerns. Ms. Thabatah was contacted by Monique Turner via telephone and was only told that the investigation had concluded, and it was determined that Ms. Thabatah had to return to the Emergency Department.

qq.    On or around June 2, 2021, Shine again agreed to temporarily reassign Ms. Thabatah to pre-op/post-op for one pay period.

rr.    Temporary job reassignments at Southeast Louisiana Veterans Health Care System are usually disciplinary in nature. Ms. Thabatah's coworkers in pre-op/post-op assumed that she had been disciplined when she was detailed there a second time.

ss.     On or about June 4, 2021, a male VA police officer, Officer Brister, asked Ms. Thabatah, "Hey, do you have any bombs on you today?"

tt.     Management did not take corrective action when in March 2021 Ms. Thabatah reported that two of her coworkers made harassing jokes about complainant possessing and/or making bombs.

uu.     Because Management failed to take corrective action when she reported that two of her coworkers made harassing jokes about her in March 2021, Ms. Thabatah did not report Officer Brister's comments to her supervisor but instead reported it to the EEO in her discrimination complaint.

vv.     Management did not take corrective action after Ms. Thabatah reported that two of her coworkers made harassing jokes about her possessing and/or making bombs in her EEO complaint.

ww.     The failure by the Agency to take appropriate corrective action after Ms. Thabatah reported that two of her coworkers and a Police Officer made harassing jokes about her possessing and/or making bombs was based on her religion (Muslim), her race (Middle Eastern), and national origin (Palestinian).

xx.     In June 2021, Ms. Thabatah applied for a remote pre-screener position in the Utilization Management Department in an attempt to leave the Emergency Department.

yy.     On June 11, 2021, Ms. Thabatah interviewed for the pre-screener position.

zz.     On or about July 14, 2021, management failed to select Ms. Thabatah for the pre-screener position. Ms. Thabatah learned that no one was selected for the pre-screener position and that position was being re-listed.

aaa.     On or around August 25, 2021, Ms. Thabatah applied for the re-listed pre-screener position.

bbb.     On or around September 2021, Ms. Thabatah received a notification that she was found eligible for the re-listed pre-screener position and that Ms. Thabatah would be contacted for an interview.

ccc.     Ms. Thabatah received an automated email from USA Jobs that, based upon Ms. Thabatah's inputs, stated she was found eligible and that she may be contacted for an interview.

position, Dr. Edwina Whitney-Jones failed to contact Ms. Thabatah for an interview for that position although Ms. Thabatah had been previously notified that she was eligible and would be contacted for an interview.

eee.     Ms. Thabatah was never notified that she would be contacted for an interview. The automated email Ms. Thabatah received states that she "may" be contacted for an interview.

fff.     Dr. Whitney-Jones selected the candidates to be interviewed for the Registered Nurse Pre Access Admission Reviewer position based on their scores on a grid that she developed pursuant to USA STAFFING criteria.

ggg.     The grid developed by Dr. Whitney-Jones for choosing candidates to interview for the Registered Nurse Pre Access Admission Reviewer position deviated from the listed preferred experience in the USA STAFFING job list in that Emergency Department experience was omitted from the grid altogether.

hhh.     Ms. Thabatah confuses the external USA Jobs posting with internal requirements for the Registered Nurse Pre Access Admission Reviewer position.

iii.     Dr. Whitney-Jones claims that the grid she developed to select candidates to be interviewed for the Registered Nurse Pre Access Admission Reviewer was based on guidelines mandated by USA STAFFING.

jjj.     Diverse clinical RN experience was not the "preferred" experience listed in the job posting.

kkk.     As of the time of the job posting, Ms. Thabatah had almost 7 years of emergency room experience and should have been credited as such. The candidate that was interviewed and chosen also lacked experience with various other programs.

lll.     Ms. Thabatah was the only candidate that did not have diverse clinical RN experience or experience with the other intake programs.

mmm.   Had Ms. Thabatah's experience, including her emergency room experience, been correctly credited, she would have obtained at least the same or a higher grid score of 13 as the person, Mikeela James, who was offered the job.

nnn.     At best Ms. Thabatah would have received one (1) more point for years of

Case 2:23-cv-01043-NJB-DPC     Document 40     Filed 07/25/24     Page 15 of 34

total RN experience and would have still been the lowest scored candidate with an eight

(8).

ooo.     She also would have gotten an interview, since those candidates that met

the grid criteria and scored higher because they had met the criteria in every category in

the highest criteria, those were the candidates that were interviewed.

ppp.     Ms. Thabatah did not have diverse clinical RN experience or experience with I/Q,

CM and UM.

qqq.     Ms. Thabatah learned that Dr. Jones asked Ronnenburg to serve on the interview

panel for the pre-screener position. This is highly unusual because the position is not under the

Nursing Department/Administration but instead is under the Chief of Staff.

rrr.     On November 5, 2021, management again failed to select Ms. Thabatah for the

Registered Nurse Pre-Access Admission Reviewer position, CBST-11212612-21-KMB. On

November 5, 2021, Ms. Thabatah received a notification that another applicant was selected for

the re-listed pre-screener position.

sss.     The failure to select or even interview Ms. Thabatah for the Registered Nurse Pre-

Access Admission Reviewer position, CBST-11212612-21-KMB was based on her religion

(Muslim), her race (Middle Eastern), and national origin (Palestinian). It was also in reprisal of

her complaints about the treatment she received on March 11, 2021, and her allegations about the

discriminatory statements made by other ED employees.

ttt.     Ronnenburg was not involved in selecting applicants to interview, nor was he

aware that Ms. Thabatah had even applied for this position.

uuu.     During his time as her supervisor, Ronnenburg did not approve Ms. Thabatah's

request for schedule changes but approved those requests for his favored nurses, who are white.

vvv.     On December 6, 2021, Ms. Thabatah contacted the EEO office to file a complaint.

Ms. Thabatah submitted an informal EEO complaint on December 22, 2021, listing, among other

things, religion, race, national origin, and reprisal as bases of discrimination.

www.   On or around January 14, 2022, Ronnenburg disapproved Ms. Thabatah's request

for leave for February 25 and 26, 2022, but approved white nurses and male nurses to take leave

on those days.

xxx.   On January 17, 2022, Ronnenburg disapproved Ms. Thabatah's request to work

holiday hours and approved two white male nurses to work that day.

yyy.   On August 12, 2022, Ms. Thabatah received an email from Nicele Shine stating

that Ms. Thabatah was perceiving the review of restraint documentation as a "targeted, personal,

malicious attack" when Ms. Thabatah raised concerns about being the only nurse singled out for

incomplete patient documentation although another white female registered nurse also cared for

the same patient.

zzz.   In response to the August 12, 2024, email from Shine, Ms. Thabatah had also

raised concerns that Ronnenburg failed to assist her when she requested help with that patient

documentation.

aaaa.   On or around October 07, 2022, Ms. Thabatah submitted her initial request in

VATAS to take annual leave in March and in April 2023, during the month of Ramadan, as Ms.

Thabatah is a Muslim.

bbbb.   On November 9, 2022, Shine blocked Ms. Thabatah from completing a required

training and sent an email to Ms. Thabatah accusing her of choosing not to verbally

communicate with Ms. Thabatah's management team to complete that required training related

to a CAP survey WBGQ-B 2022-05 specimen.

cccc.   Della Caples also informed Nicele Shine and David Ronnenburg that she would

have to work overtime to facilitate Ms. Thabatah's completion of that training since Ms.

Thabatah's supervisors were not allowing her to leave her duty station to complete that required

training.

dddd.   Ms. Thabatah never received her additional holiday pay for working on

November 24, 2022, and despite sending multiple emails to her management requesting their

assistance, she did not receive any response to her emails.

eeee.   The failure to provide Ms. Thabatah with additional holiday pay for working on

November 24, 2022, was based on her religion (Muslim), her race (Middle Eastern), and national

March 11, 2021, and her allegations about the discriminatory statements made by other ED

employees.

ffff.    On December 01, 2022, Ronnenburg denied Ms. Thabatah's request for annual

leave.

gggg.   On December 2, 2022, Ms. Thabatah emailed Caples and Bender informing them

that she placed leave requests in VATAS for annual leave in March and in April 2023, for

religious purposes, specifically for fasting during the month of Ramadan and that Ms. Thabatah's

leave requests were denied by Ronnenburg.

hhhh.   Ms. Thabatah informed Caples and Bender in her December 2, 2022, email that

Ronnenburg was aware that the leave she requested in 2023 is for religious observance. Bender

responded to Ms. Thabatah by instructing Ms. Thabatah to resubmit her leave request.

iiii.    On December 05, 2022, Ms. Thabatah resubmitted her leave request for religious

purposes, however Ronnenburg denied Ms. Thabatah's leave request a second time on that same

day.

jjjj.    On December 7, 2022, Ms. Thabatah notified Bender via email that Ms. Thabatah

attempted to resubmit her leave request, and that David Ronnenburg continued to deny her

request for leave for religious observance in 2023.

kkkk.   Ronnenburg took the position that because Ms. Thabatah was transferring to

another service, the request for leave should be handled by her new supervisor who would have

to make sure that there was adequate coverage during the leave in question.

llll.    Ms. Thabatah did not provide Ronnenburg with permission from her new

supervisor to take leave for Ramadan.

mmmm.        The multiple refusals to grant Ms. Thabatah's requests for leave, including

her request to take vacation during Ramadan, was based on her religion (Muslim), her race

(Middle Eastern), and national origin (Palestinian). It was also in reprisal of her complaints about

the treatment she received on March 11, 2021, and her allegations about the discriminatory

statements made by other ED employees.

pp.     The multiple refusals to grant Ms. Thabatah's requests for leave, including her request to take vacation during Ramadan, and the failure to afford additional holiday pay for working on November 24, 2022, and the way she was treated regarding the review of restraint documentation contributed to creating a hostile work environment for her and these actions were based on her religion (Muslim), her race (Middle Eastern), and national origin (Palestinian). They also were in reprisal of her complaints about the treatment she received on March 11, 2021, and her allegations about the discriminatory statements made by other ED employees.

qq.     David Ronnenburg permitted Michelle Burrows extended leave of three consecutive weeks to go on a European cruise.

nnnn.   David Ronnenburg denied Ms. Thabatah's request to take vacation time during the month of Ramadan, a Muslim religious observance.

oooo.   On January 14, 2022, Ronnenburg Disapproved complainant's request for leave for February 25 and 26, 2022, but approved the white nurses to take leave that day.

pppp.   On January 17, 2022, Ronnenburg disapproved complainant's request to work holiday hours.

qqqq.   On August 12, 2022, after she raised concerns about being the only nurse singled out for incomplete patient documentation, although another white female RN also cared for the same patient, Plaintiff received an email from Nicele Shine stating that Plaintiff is perceiving the review of restraint documentation as a targeted, personal, malicious attack.

rrrr.   On March 11, 2021, Ms. Thabatah came into the ED VA Police office reporting a patient in the ED waiting area that was yelling out to her racial slurs and obscenities. Ms. Thabatah stated that the patient started making comments; "Are you going to blow me up, do you have bombs on you."

ssss.   Because of the patient's behavior, Ms. Thabatah was unable to continue to assist him. Plaintiff, therefore, stepped out of the triage room and went to Ronnenburg's office, about ten feet away, to alert him to the fact that she could not assist this patient. Plaintiff then went to the VA police office to ask for assistance with the patient, but no one was in that office.

tttt.      When Ms. Thabatah returned to triage, about five minutes after she alerted

Case 2:23-cv-01043-NJB-DPC    Document 40    Filed 07/25/24    Page 19 of 34

Ronnenburg to the situation with the threatening patient, Ms. Thabatah realized that Ronnenburg had not left his office to assist her.

uuuu.  Ms. Thabatah was unsuccessful in obtaining vital signs from the patient, that's when VA employee RN Zane Kirby intervened and stated to the patient that she would take his vital signs. However, the patient continued to make racial comments to Ms. Thabatah, stating" I'm not cooperating with you, I don't associate with you fucking Muslims." Ms. Thabatah reported the incident to the ED Manager and attempted to locate the Police to report the incident.

vvvv.  On March 14, 2021, in her email requesting a transfer, Ms. Thabatah reported she had on multiple occasions in the past endured being ridiculed and mistreated as a result of her ethnicity and religious beliefs. In the same email she also reported that she had overlooked these actions and continued to allow her professionalism to guide my practice. She went on to state that "I think we all have a breaking point and last week's incident was mine. The incident left me feeling battered, shattered and fearful. And to make matters worse having to overhear my peers on the unit talking about me and the incident is embarrassing."

wwww.       The ED Manager, David Ronnenburg did not assist Ms. Thabatah with the agitated patient when she requested.

xxxx.  RN Lindsey Miller came to the scene 15 minutes after the event started and took the patient to the back and admitted him.

### 8.g.   **Special Damages**

Plaintiff is claiming special damages in the amount of $272.48 for medications and mental counselling not covered by insurance. She is also claiming emotional harm injuries.

### 9.   **Contested Issues of Law**:

a.     Whether The United States Department of Veterans Affairs violated Title VII of the Civil Rights Act of 1964, by subjecting Ms. Thabatah to discrimination and a hostile work environment on the basis of her national origin.

b.     Whether The United States Department of Veterans Affairs violated Title VII of the Civil Rights Act of 1964, by subjecting Ms. Thabatah to discrimination and a hostile work environment on the basis of her religion.

VII of the Civil Rights Act of 1964, by subjecting Ms. Thabatah to discrimination and a

hostile work environment on the basis of her race.

        d.      Whether Ms. Thabatah timely presented a claim for a hostile work

environment to the EEO within forty-five (45) days of some harassing event that was not

otherwise discretely actionable as a standalone non-selection.

        e.      Whether Ms. Thabatah was subjected to continuous violations

constituting a hostile work and environment retaliation one of which occurred within

forty-five (45) days of of presenting her discrimination claims.

**10.**      <u>**List and Description of Exhibits for Each Party**</u>**:**

The parties have agreed to stipulate as to the authenticity and admissibility of their exhibits,

subject to the understanding that evidentiary issues such as hearsay and relevance can be assessed

by the Court.

# THABATAH v. USDVA
## LIST OF EXHIBITS-ADMISSIBILITY ISSUES

| Ex #. | Exhibit Description | Exhibit Date | Prefix | Bates Start | Objection Grounds re Admissibility |
|---|---|---|---|---|---|
| 1 | Report of Contact re Paul Oneal incident | 10/14/2017 | Thab | 0000073 **Bates End** 0000074 | defendant objects to relevancy |
| 2 | Email Request for Time Off May-June 2019 | 12/7/2018 | Thab | 0000186 **Bates End** 0000187 | defendant objects to relevancy |
| 3 | Proficiency report for Ms. Thabatah | 9/5/2020 | Thab | 0000339 **Bates End** 0000342 | defendant objects to relevancy |
| 4 | Email re FMLA approval | 10/8/2020 | Thab | 0000089 **Bates End** 0000089 | defendant objects to relevancy |
| 5 | Email Thabatah to Ronnenburg et al re VATAS Correction Request | 10/13/2020 | Thab | 0000094 **Bates End** 0000094 | defendant objects to relevancy |
| 6 | Email Thabatah to Ronnenburg re FMLA | 10/25/2020 | Thab | 0000090 **Bates End** 0000090 | defendant objects to relevancy |
| 7 | Email from Thabatah to Hawkine et al re LEAF (FMLA) Request 3601 | 10/25/2020 | Thab | 0000091 **Bates End** 0000092 | defendant objects to relevancy |
| 8 | Email between Ronnenburg and Thabatah re Fast Track Conversation 12/21/20 | 12/21/2020 | Thab | 0000189 **Bates End** 0000189 | defendant objects to relevancy |

**Thursday, July 25, 2024**

**Number of Exhibits**

**73**

| | | | | | |
|---|---|---|---|---|---|
| 9 | Email from Thabatah to Clavo, Shine re Work Incident-all desktop computers already being utilized by ED staff except for one computer | 12/20/2020 | Thab | 0000189 | defendant objects to relevancy |
| | | | | **Bates End** | |
| | | | | 0000190 | |
| 10 | 085 ROI 1171 Police Report of 3_2021 Patient Incident.pdf | 3/12/2021 | ROI | 0001170 | |
| | | | | **Bates End** | |
| | | | | 0001172 | |
| 11 | 082 Thab-0000192-Thabatah's Email to Ronnenburg, Clavo & Shine re Request for Reassignment.pdf | 3/14/2021 | Thab | 0000192 | |
| | | | | **Bates End** | |
| | | | | 0000192 | |
| 12 | Memo from Shine to Thabatah Re Reassignment to PCU | 3/24/2021 | Thab | 000005 | |
| | | | | **Bates End** | |
| | | | | 000005 | |
| 13 | Email from Shine to Thabatah re 60 Day Reassignment Details | 3/25/2021 | Thab | 0000006 | |
| | | | | **Bates End** | |
| | | | | 0000007 | |
| 14 | 083 Thab-0000698-Thabatah's email to Ruth Davis Request to Permanently Stay at PCU.pdf | 5/18/2021 | Thab | 0000698 | |
| | | | | **Bates End** | |
| | | | | 0000698 | |
| 15 | Email from Firyal Thabatah to Bender requesting Dr. Bender's assistance in transfer to PCU and email from Cole asking that Thabatah call her | 5/19/2021 | Thab | 0000194 | |
| | | | | **Bates End** | |
| | | | | 00000196 | |
| 16 | Email From Shine to Thabatah re Extending Temporary Reassignment 1 pay period | 6/18/2021 | Thab | 0000208 | |
| | | | | **Bates End** | |
| | | | | 0000210 | |
| 17 | 084 UM Job Announcement (posting).pdf | 8/25/2021 | | | |
| | | | | **Bates End** | |
| 18 | Memo re Request Authorized Absence due to Hurricane Ida | 8/31/2021 | Thab | 0000217 | |
| | | | | **Bates End** | |
| | | | | 0000218 | |

**Thursday, July 25, 2024**

**Number of Exhibits**

**73**

| # | Description | Date | Source | Bates Begin / Bates End | Objection |
|---|---|---|---|---|---|
| 19 | Email Chain between Bryant Thabatah and Shine re Denial of Hurricane Ida Absence Request | 9/4/2021 | Thab | 0000221 / 0000223 | |
| 20 | Email chain between Whitney-Jones and Bryant re Pre-Access Admission Reviewer certification extension | 10/6/2021 | EEOIR | 001180 / 001182 | |
| 21 | Email Thabatah and Ronnenburg re Time Card Corrections-Time card will be correct this week. | 10/19/2021 | Thab | 0000087 / 0000088 | Defendant objects to relevancy |
| 22 | Email re Thabatah and Ronnenburg re Vatas Correction Request | 10/19/2021 | Thab | 0000219 / 0000220 | Defendant objects to relevancy |
| 23 | Email from Serelda Young to Whitney-Jones re need for diverse interview panel-**Please halt the process while I seek guidance from Dr. Bender.** | 10/28/2021 | EEOIR | 000185 / 000185 | |
| 24 | Email from Thabatah to re Interview for Registered Nurse-Pre_Access Admission Reviewer-I haven't received anything yet. | **10/28/2021** | Thab | **0000227** / **0000227** | |
| 25 | Memo of Vacancy ID for **Pre Access Admission Reviewer** | 11/2/2021 | EEOIR | 001178 / 001179 | |
| 26 | Email re Upcoming Schedule | 12/13/2021 | Thab | 0000095 / 0000095 | |
| 27 | Email from Thabatah to Clavo and Ronnenburg-Time Off Request during Ramadan | **12/18/2021** | Thab | **0000343** / 0000343 | |
| 28 | Weekly Time Schedule Southeast Louisiana Veterans HCS @D Schedule PP#3 and 4 | 1/14/2022 | Thab | 0000020 / 0000035 | |

**Thursday, July 25, 2024**

**Number of Exhibits**
**73**

| 29 | 2024_06_12_Agency MSJ.15 x EEO Counselor- Aijalon Rivas | | | | |
|---|---|---|---|---|---|
| | | | | **Bates End** | |
| | | | | 0000024 | |
| 30 | Email re Requesting Update on VATAS Leave Request | **2/21/2022** | Thab | **0000344** | |
| | | | | **Bates End** | |
| | | | | 0000344 | |
| 31 | RO$_T$ 094, EEO Affidavit of Fiyal Thabatah.pdf | 5/20/2022 | RO$_T$- | 0000094 | Defendant object as hearsay, witness will testify live |
| | | | | **Bates End** | |
| | | | | 0000121 | |
| 32 | Affidavit of David Ronnenburg | 5/20/2022 | RO$_T$- | 0000123 | Defendant object as hearsay, witness will testify live |
| | | | | **Bates End** | |
| | | | | 0000135 | |
| 33 | Email re Certs for UM RN positions | 5/25/2022 | EEO$_T$R | 000180 | |
| | | | | **Bates End** | |
| | | | | 000183 | |
| 34 | Email re need for diverse interview panel | 5/25/2022 | EEO$_T$R | 000184 | |
| | | | | **Bates End** | |
| | | | | 000184 | |
| 35 | Email re UM RN interview process | 5/25/2022 | EEO$_T$R | 000186 | |
| | | | | **Bates End** | |
| | | | | 000191 | |
| 36 | Testimony of Yolan Bender | 6/2/2022 | RO$_T$ | 000187 | Defendant object as hearsay, witness will testify live |
| | | | | **Bates End** | |
| | | | | 000195 | |
| 37 | RO$_T$ 139, Ex. F Affidavit of Edwina Whitney-Jones with supplemental answers.pdf | 6/14/2022 | RO$_T$ | 0000139 | |
| | | | | **Bates End** | |
| | | | | 0000155 | |
| 38 | 015 RO$_T$-000156 Shine Aff.pdf | 6/14/2022 | RO$_T$ | 0000156 | |
| | | | | **Bates End** | |
| | | | | 000170 | |

| # | Description | Date | | Bates Begin | Objection |
|---|---|---|---|---|---|
| 39 | Testimony of Thabatah | | | | Defendant object as hearsay, witness will testify live |
| | | | | **Bates End** | |
| | | | | **0000186** | |
| 40 | Attachment to DR affidavit-2021 Holiday Work Schedule Request | **6/14/2022** | ROᴛ | 0000136 | |
| | | | | **Bates End** | |
| | | | | 0000137 | |
| 41 | Undated Job Candidate Ratings evaluation (grid) (date here is date submitted to court.) | 6/25/2022 | ROᴛ | 0001183 | |
| | | | | **Bates End** | |
| | | | | 0001186 | |
| 42 | UM Pre-Access Rn Candidates | 6/25/2022 | EEOᴛR | 001107 | |
| | | | | **Bates End** | |
| | | | | 001111 | |
| 43 | Email re Wonderful Staff | 7/7/2022 | Thab | 0000054 | |
| | | | | **Bates End** | |
| | | | | 0000055 | |
| 44 | Email Thabatah to Bender re Self assessment in eperformance-T will keep you posted | **7/7/2022** | Thab | **0000346** | |
| | | | | **Bates End** | |
| | | | | 0000347 | |
| 45 | Email between Ronnenburg and Thabatah re accepting the eperformance and Bender's invitation | **8/4/2022** | Thab | **0000350** | |
| | | | | **Bates End** | |
| | | | | **0000350** | |
| 46 | Email Shine to Tabatah re Restraint Documentation | 8/12/2022 | Thab | 0000018 | |
| | | | | **Bates End** | |
| | | | | 0000019 | |
| 47 | Email Thabaatah to Ronenburg re December 2022 Leave Request | **8/20/2022** | Thab | **0000352** | |
| | | | | **Bates End** | |
| | | | | 0000352 | |
| 48 | Email re Leave Request Approved | **8/23/2022** | Thab | **0000353** | |
| | | | | **Bates End** | |
| | | | | 0000353 | |

**Thursday, July 25, 2024**

**Number of Exhibits**

**73**

| # | Description | Date | | Bates | |
|---|---|---|---|---|---|
| 49 | Email from Shine to Thalacker re WBGQ-B 05 Cap Survey | | | | |
| | | | | **Bates End** | |
| | | | | 0000060 | |
| 50 | Email from Shine to Caples re WBGQ-B 05 Cap Survey | 11/9/2022 | Thab | 0000061 | |
| | | | | **Bates End** | |
| | | | | 0000063 | |
| 51 | Email from Shine to Caples re WBGQ-B 05 Cap Survey | 11/9/2022 | Thab | 0000064 | |
| | | | | **Bates End** | |
| | | | | 0000066 | |
| 52 | Email Caples to Shine re WBGQ-B 05 Cap Survey | 11/10/2022 | Thab | 0000493 | |
| | | | | **Bates End** | |
| | | | | 0000496 | |
| 53 | Email re Urgent Annual Leave Requests-The dates I had entered in VATAS were as follows | 12/2/2022 | Thab | 0000497 | |
| | | | | **Bates End** | |
| | | | | 0000499 | |
| 54 | Email re VATAS Requests | 12/7/2022 | Thab | 0000067 | |
| | | | | **Bates End** | |
| | | | | 0000070 | |
| 55 | Email Urgent Annual Leave Requests-Ronnenberg continues to deny the request | 12/7/2022 | Thab | 0000666 | |
| | | | | **Bates End** | |
| | | | | 0000668 | |
| 56 | Email re Urgent checking out due to comment "sick of working with these lazy nurses." | 12/12/2022 | Thab | 0000071 | |
| | | | | **Bates End** | |
| | | | | 0000071 | |
| 57 | Psychiatrist's notes-Dr. Wallow | 12/15/2022 | Thab | 0000699 | |
| | | | | **Bates End** | |
| | | | | 0000702 | |
| 58 | Email re Timesheet Correction Required | 1/19/2023 | Thab | 0000503 | |
| | | | | **Bates End** | |
| | | | | 0000504 | |

**Thursday, July 25, 2024**

**Number of Exhibits**

**73**

| # | Description | Date | | Bates Begin | Objections |
|---|---|---|---|---|---|
| 59 | Affidavit for 2:23-cv-01043 | | | **Bates End** 001169 | Defendant object as hearsay, witness will testify live |
| 60 | Email re Firyal Thabatah Request for Assistance re holiday pay | 1/31/2023 | Thab | **0000695** **Bates End** **0000696** | Defendant objects to relevancy |
| 61 | Julie St. Amant Declaration | 12/19/2023 | Thab | **0000703** **Bates End** 0000705 | Defendant object as hearsay, witness will testify live and was not disclosed |
| 62 | **Kayla Smith Declaration** | 1/11/2024 | Thab | **0000706** **Bates End** 0000708 | Defendant object as hearsay, witness will testify live and was not disclosed |
| 63 | 078 Thabatah0000713 Medical Docs Hopkins.pdf | 1/20/2024 | Thab | **0000713** **Bates End** 0000723 | |
| 64 | Kayla Smith Recording | 1/22/2024 | Thab | **0000709** **Bates End** 0000709 | |
| 65 | Thabatah0000710 Medical Docs Dr. Bliss.pdf | 3/7/2024 | Thab | **0000710** **Bates End** 0000712 | |
| 66 | Thabatah0000724 Medical Docs. Ochsner.pdf | 3/22/2024 | Thab | **0000724** **Bates End** 0000812 | |
| 67 | Dr. MacGregor Expert Report | 4/1/2024 | Thab | **Bates End** 0000 | |
| 68 | Medical Receipts 2023-24.pdf | 2/1/2024 | Thab | **Bates End** 0000 | D objects to authenticity, relevancy, and docs have not be disclosed |

**Thursday, July 25, 2024**

**Number of Exhibits**

**73**

| 69 | Administrative Inquiry 043 Allegation of harassment based on religion Associate Director, Patient Care Services (2024_06_12_Agency MSJ_Ex J.pdf) | | | 0000269 | |
| | | | | **Bates End** | |
| | | | | 0000269 | |
| 69 | ROI 075, Investigative Report 2022-1-22.pdf | 6/24/2022 | | 000075 | |
| | | | | **Bates End** | |
| | | | | 000091 | |
| 70 | 2024_06_12_Agency MSJ_Ex L.pdf Weekly Time Schedule for Nurses | 9/21/2022 | ROI | 0000484 | |
| | | | | **Bates End** | |
| | | | | 0000500 | |
| 71 | 2024_06_12_Agency MSJ_Ex M.pdf. List of leave taken in February and March 2022. Date for entry is date client took off. | 2/25/2022 | ROI | 0000877 | |
| | | | | **Bates End** | |
| | | | | 0000878 | |
| 72 | 2024_06_12_Agency MSJ_Ex N.pdf-Thabatah Leave Used Summary from: 03/01/2020 to: 03/12/2022 | 3/12/2022 | ROI | 0000587 | |
| | | | | **Bates End** | |
| | | | | 0000589 | |

**Thursday, July 25, 2024**

11.     __List of Deposition Testimony to be Offered into Evidence__:

At least five days before trial, each party will submit a summary of what that party intends to prove and convey to the Court by deposition testimony, including, where appropriate, particular page and line references to said depositions.

a.  Plaintiff:

Plaintiff does not intend to offer deposition testimony into evidence, except as necessary to cross examine or impeach a witness.

b.  Defendant:

The Agency does not intend to offer deposition testimony into evidence, except as necessary to cross examine or impeach a witness.

**12.     __List and Brief Description of Charts, Etc.:__**

**a.  Plaintiff**

Plaintiff may use blow-ups or transparencies of admissible exhibits during opening statement or closing argument. In addition, Plaintiff may, during closing argument, use blow-ups or transparencies of exhibits admitted into evidence at trial.

b. Defendant

The Agency may use a demonstrative timeline.

**13.     __List of Witnesses__:**

**a.     By Plaintiff:**

1.  Firyal Thabatah is the Plaintiff in this case. She will testify regarding the eighteen events that formed the basis of her EEO discrimination complaint. She will also

testify as to the injuries she sustained, including significant emotional harm as result of the discrimination, hostile work environment, and retaliation she experience.

2. Gesselle Crockett is an employee of the Department of Veteran Affairs. She will testify regarding the discriminatory practices engaged in by management in the Emergency Department in granting promotions, leave and other benefits to African American nurses and other nurses of color..

3. Yolan Bender is an employee of the Department of Veteran Affairs and a union representative. She will testify regarding her interactions with the Plaintiff and VA management regarding Plaintiff's complaints of discrimination. She will also testify regarding the practices engaged in by management in the Emergency Department in granting promotions, leave and other benefits to African American nurses and other nurses of color.

4. Trechell Clavo is an employee of the Department of Veteran Affairs. She will testify regarding her interaction with the Plaintiff and members of management regarding Plaintiff's discrimination claims. She will also testify regarding the discriminatory practices engaged in by management in the Emergency Department in granting promotions, leave and other benefits to African American and other nurses of color.

5. Julie St. Amant is an employee of the Department of Veteran Affairs. She will testify regarding the discriminatory practice engaged in by management in the Emergency Department in granting promotions, leave and other benefits to African American nurses and other nurses of color.

6. David Matthew Ronnenburg is an employee of the Department of Veteran Affairs and Plaintiff's direct supervisor. He will testify regarding his interactions with the Plaintiff and other members of management regarding Plaintiff's complaints of discrimination. He will also testify regarding the practices engaged in by him in the Emergency Department in addressing Plaintiff's complaints of discrimination and the practices engaged in by him in the Emergency Department in granting promotions, leave and other benefits to African American and other nurses of color.

7. Della Caples is an employee of the Department of Veteran Affairs and a union representative. She will testify regarding her interactions with the Plaintiff and VA management regarding Plaintiff's complaints of discrimination. She will also testify regarding the practices engaged in by management in the Emergency Department in granting promotions, leave and other benefits to African American and other nurses of color.

8. Nicele Shine is an employee of the Department of Veteran Affairs and David Ronnenburg's direct supervisor. She will testify regarding her interactions with the Plaintiff and other members of management regarding Plaintiff's complaints of discrimination. She will also testify regarding the practices engaged in by her in the

Emergency Department in addressing Plaintiff's complaints of discrimination and granting promotions, leave and other benefits to African American and other nurses of color.

9. Edwina Whitney-Jones is an employee of the Department of Veteran Affairs and the Utilization Management Department Manager. She will testify regarding her interactions with the Plaintiff, her interactions with other members of management regarding Plaintiff's complaints of discrimination and employment at the VA. She will also testify regarding the hiring practices engaged in her in Department.

10. Dr. John Macgregor, M.D., whose office is located at 1502 W. Causeway Approach, Suite D in Mandeville, LA 70471 is a psychiatrist who will provide expert testimony on matters covered in his expert report on the effect that Defendant's discriminatory conduct, hostile work environment, and retaliatory behavior on Plaintiff's mental health.

11. Officer Belton Brister is a police officer employed by the Department of Veteran Affairs. He will testify regarding the events that happened on March 11, 2021 when a patient verbally assaulted and threatened Plaintiff. He will also testify about his interactions with Plaintiff in June of 2021.

12. Any and all witnesses listed or called by Defendant in this matter.

13. Any impeachment or rebuttal witnesses.

.

c.    By Defendant:

1. David Ronnenburg, Nurse Manager – Mr. Ronnenburg will testify that he had a legitimate, non-discriminatory basis for every action Ms. Thabatah complains about. Mr. Ronnenburg will further testify that he did not discriminate against Ms. Thabatah or retaliate against her.

2. Nicele Shine, RN Manager Inpatient Mental Health – Dr. Shine will testify that she had a legitimate, non-discriminatory basis for every action Ms. Thabatah complains about. Dr. Shine will further testify that she did not discriminate against Ms. Thabatah or retaliate against her.

3.

4. Edwina Whitney-Jones, Ph.D., Registered Nurse – Dr. Whitney-Jones will testify that she had a legitimate, non-discriminatory basis for every action about which Ms. Thabatah complains. Dr. Whitney-Jones will further testify that she did not discriminate against Ms. Thabatah or retaliate against her.

5. Monike Turner, Associate Nurse Executive – Dr. Turner will testify that she had a legitimate, non-discriminatory basis for every action about which Ms. Thabatah complains. Dr. Turner will testify to the investigation into comments Ms. Thabatah alleged, as well as how the investigation was complicated by Ms. Thabatah's refusal to divulge pertinent information. Dr. Turner will further testify that she did not discriminate against Ms. Thabatah or retaliate against her.

6. Officer Belton Brister, Department of Veterans Affairs Police – Officer Brister will testify to the event with the agitated patient, to include witness testimony at the time it occurred. Officer Brister will testify that he never made the comments Ms. Thabatah alleged over six(6) months later. Officer Brister will further testify that he did not discriminate against Ms. Thabatah or retaliate against her.

7. Plaintiff, Firyal  Thabatah on cross-examination

8. Any witness necessary for rebuttal

9. Any witness necessary for impeachment

10. Any witness listed or called by Ms. Thabatah

11. Any witness needed to authenticate any exhibit

With the exception of Geselle Crocket, Julie St. Amant, and Della Caples that Plaintiff is seeking to add, the witness list was filed in accordance with prior Court orders. The Agency objects to the additional witnesses being called by Plaintiff.

**12.**    **Statement on type of trial-Jury v. non-jury:**

Plaintiff has requested a  jury trial.  The jury trial is applicable to all aspects of the case. Proposed jury instructions, special jury interrogatories, trial memoranda, and any special questions that the Court will be asked to put to prospective jurors on *voir dire* will be electronically filed with the Court not later than **seven** full working days prior to the trial date.

**13.**    **Compensatory Damages**

Compensatory Damages are being sought. Plaintiff requests that liability and quantum be tried concurrently.

**14.**    **Statement describing other matters that might expedite disposition**:

None.

## 15.    **Trial Date**

Trial is scheduled to commence on August 19, 2024, at 9:00 a.m.

The parties estimate that the trial, including any opening statements and closing arguments, will be completed within three days.

## 16.    **Statement regarding formulation of the pretrial order**

This pre-trial order was formulated after a conference at which counsel for the respective parties appeared. Reasonable opportunity has been afforded counsel for corrections, or additions, prior to signing. Hereafter, this order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice.

## 17.    **Settlement Discussions**

The possibility of settlement of this case has been considered.

## 18.    **Signatures:**


_____
Nannette Jolivette Brown
Chief Judge
United States District Court



/s/ Ronald K. Lospennato
Ronald K. Lospennato, La. Bar No. 32191
Attorney at Law
650 Poydras St., Suite 1400
New Orleans, LA 70118-2043
504-407-7454
ron@lospennatolaw.com

*Counsel for Plaintiff*

/s/ Robert H. Adams
Assistant United States Attorney
LA Bar Roll No. 40166
650 Poydras Street, 16th Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3004
Fax: (504) 680-3174
Email: Robert.Adams9@usdoj.gov

*Counsel for Defendant*