UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIRYAL THABATAH | CIVIL ACTION |
| VERSUS | NO: 23-1043 |
| DENIS RICHARD MCDONOUGH, SECRETARY, U.S. DEPARTMENT OF VETERAN AFFAIRS | SECTION: "G" |

**JUDGMENT**

This cause having been tried and submitted to the jury, and the jury having returned a verdict[1];

Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Defendant United States Department of Veteran Affairs and against Plaintiff Firyal Thabatah. All claims raised by Plaintiff are DISMISSED WITH PREJUDICE with each party to bear its own costs.

New Orleans, Louisiana, this 14th day of April, 2025.

Nannette Jolivette Brown

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

[1] Rec. Doc. 110.